IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID R. WILSON,

   Petitioner,      No. CIV S-07-2087 GEB EFB P

  vs.

SUZAN L. HUBBARD,

   Respondent.    <u>ORDER</u>

_____/

  Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. On April 11, 2008, and May 12, 2008, respondent filed requests for extensions of time in which to file a response to the petition. *See* Fed. R. Civ. P. 6(b). Good cause appearing, it is ORDERED that respondent's requests are granted and respondent has ten days from the date this order is served in which to file her response.

Dated: May 13, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE