IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID R. WILSON,

    Petitioner,               No. CIV S-07-2087 GEB EFB P

    vs.

SUZAN L. HUBBARD,

    Respondent.          ORDER

_____/

    Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. On June 27, 2008, petitioner requested an extension of time to respond to respondent's motion to dismiss. *See* Fed. R. Civ. P. 6(b).

    Good cause appearing, it is ORDERED that petitioner's June 27, 2008, motion for enlargement of time is granted and petitioner shall file and serve his response on or before July 23, 2008.

DATED: July 7, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE