IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID R. WILSON,

    Petitioner,          2:07-cv-2087-GEB-EFB-P

  vs.

SUZAN L. HUBBARD,

    Respondent.          <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding pro se, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On January 30, 2009, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Petitioner has filed objections to the findings and recommendations. Petitioner has also requested the appointment of counsel.

///

///

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed January 30, 2009, are adopted in full;

2. Respondent's May 22, 2008, motion to dismiss is granted;

3. This action is dismissed on the ground that the petition is second or successive and petitioner has not demonstrated that the Ninth Circuit has granted him leave to file it in this court; and

4. Petitioner's March 11, 2009 request for appointment of counsel is denied as moot.

Dated: March 24, 2009

GARLAND E. BURRELL, JR.
United States District Judge